## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOSHUA ALLEN BOLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:18CV513 |
| | ) | |
| SECRETARY OF PUBLIC SAFETY, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On May 2, 2019, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections, (ECF No. 20), within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation, (ECF No. 18), which is affirmed and adopted.

IT IS HEREBY ORDERED that Respondent's Motion for Summary Judgment, (ECF No. 8), is GRANTED, the Petition for Writ of Habeas Corpus, (ECF No. 1), is DENIED, and this action is DISMISSED, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 18th day of June 2019.


/s/ Loretta C. Biggs
United States District Judge